**In Re: HOSPITALITY VENTURES/LAVISTA, Debtor.**

Hospitality Ventures/Lavista, Plaintiff,

v.

Heartwood II, LLC, Vesta Holdings I, LLC, Vesta Holdings, Inc., Defendants–Third Party–Plaintiffs–Appellees,

v.

DeKalb County, Tax Commissioner of DeKalb County, Claudia G. Lawson, Third Party–Defendants–Appellants.

No. 07–14888

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Feb. 13, 2008.

Mark Ashland Thompson, DeKalb County Law Office, DeKalb County Law Department, Decatur, GA, for Third Party–Defendants–Appellants.

John C. Clark, Robert J. Proctor, John E. Ramsey, III, Proctor Hutchins, Atlanta, GA, for Defendants–Third Party–Plaintiffs–Appellees.

Before BIRCH, DUBINA and WILSON, Circuit Judges.

PER CURIAM:

After reviewing the record and the parties' briefs, we conclude that the bankruptcy court properly exercised subject-matter jurisdiction over Heartwood's claim against DeKalb County. We find no error, therefore, in either the district court's adoption of the bankruptcy court's proposed findings of fact and conclusions of law or its entry of judgment in Heartwood's favor. DeKalb County's additional arguments, moreover, are meritless. Accordingly, we affirm.

AFFIRMED.